— Motion to resettle order granted. Order signed. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of BENTON BAKER for Admission to the Bar. (From the State of North Dakota.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of RICHARD TUDOR FLEMING for Admission to the Bar. (From the State of Texas.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of LAURITZ G. HAUGEN for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of CARL K. RANG for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of DARIUS TODD WOOL for Admission to the Bar. (From the State of Virginia.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

ANNA FRANK, Individually and as Sole Executrix, etc., of ALFRED FRANK, Deceased, Respondent, v. FRONT MAIN STREET CORPORATION, Appellant, and Others, Defendants.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

ALF HOLDING CORPORATION, Respondent, v. AMERICAN STOVE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MARY APFELBERG, Respondent, v. HARRY LAX and Others, Appellants.— Motion for stay granted. (Scanlon v. Kuehn, 225 App. Div. 256.) Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MARY APFELBERG, Respondent, v. HARRY LAX and ANNIE LAX, Defendants. JACOB ABOWITZ and FANNIE ABOWITZ, Appellants.— Motion for stay granted. (Scanlon v. Kuehn, 225 App. Div. 256.) Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HELEN CLAIRE BLANK, Appellant, v. JAMES J. WALKER and Others, Constituting the Commissioners of the Sinking Fund of the City of New York and Others, Respondents.— Motion to certify that constitutional question is involved and to dispense with filing of written undertaking denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

ALVIN C. CASS, Respondent, v. CHARLES L. APFEL, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THOMAS CATANESE, Appellant, v. TOWN OF WILLSBORO, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within five days from service of a copy of the order entered

herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

Samuel Cohen, Respondent, v. Francis A. F. Frisse, Defendant. Charles W. Hoops, Appellant; Samuel Moskowitz, Individually and as Trustee, etc., Defendant.— Motion to stay examination before trial pending appeal denied. Examination to proceed on five days' notice. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

Charles W. Dane, Respondent, Appellant, v. MacFadden Publications, Inc., and Bernarr MacFadden, Appellants, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

John D'Angelo and Francesco Marrocco, Respondents, v. Robert L. Coffey and Adam Brown, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs, for failure to comply with rule 12. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

Joseph Dinowitz, Appellant, v. Leon Teplitsky, Defendant, and "John Doe," Name "John Doe" Fictitious, Party Intended Is One Who May Claim Some Lien in the Merchandise to Be Replevied, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent thirty dollars costs within ten days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young Hagarty, Seeger and Carswell, JJ.

Abraham Eisenbud and Adolph Brook, Trading as Eisenbud & Brook, Respondents, v. Capital City Surety Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

Philip Faber, Respondent, v. Grover A. Whalen and Others, Police Commissioner, Inspector and Captain of the Police Department of the City of New York, Respectively, and All Officers under the Command of the Said Defendants, Appellants.— Temporary injunction order stayed pending appeal, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

Alberto Finocchio, Appellant, v. Town of Willsboro, Respondent — Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within five days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

Charles S. Gittleman, Appellant, v. Notlim Realty Corporation, Kinor Estates Corporation and Emanuel Lieberman, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondents